UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TREASURE ISLAND, LLC,<br><br>                                 Plaintiff(s),<br><br>    v.<br><br>AFFILIATED FM INSURANCE COMPANY,<br><br>                                 Defendant(s). | Case No. 2:20-CV-965 JCM (EJY)<br><br>ORDER |

Presently before the court is plaintiff Treasure Island, LLC's first motion to extend time, (ECF No. 20), to correct the filed verified petition for permission to practice *pro hac vice* of Kevin Small, Esq., (ECF No. 10).  Plaintiff requests a 30-day extension of time to correct its petition in light of the situation surrounding COVID-19 and public protests.  (ECF No. 20).  The existing deadline was June 25, 2020.  (*Id.*).

This court grants plaintiff's motion, allowing a 30-day extension.

Accordingly,

IT IS SO ORDERED that plaintiff's first motion to extend time (ECF No. 20) be, and the same hereby is, GRANTED.

DATED June 26, 2020.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**