## **INDEX OF EXHIBITS**

| Exhibit No. | Document Description |
|:---:|---|
| A | Treasure Island's First Set of Requests for Production of Documents to AFM |
| B | AFM's Responses to Treasure Island's First Set of Document Requests |
| C | AFM's Amended Responses to Plaintiff's First Set of Document Requests |
| D | Treasure Island's First Set of Interrogatories to Defendant AFM |
| E | AFM's Responses to Plaintiff's First Set of Interrogatories |
| F | AFM's Amended Responses to Plaintiff's First Set of Interrogatories |
| G | Meet and Confer Letter to Plaintiff's Counsel re Responses to First Sets of Discovery Requests |
| H | Email String Dated October 15-17, 2020 re Possible Phasing/Bifurcation of Discovery Issues |