

HUNTON ANDREWS KURTH LLP
60 STATE STREET
SUITE 2400
BOSTON, MASSACHUSETTS 02109, UNITED STATES OF AMERICA

TEL   617 • 648 • 2800
FAX   617 • 433 • 5022

CHRISTOPHER J. CUNIO
DIRECT DIAL: 617 • 648 • 2743
EMAIL: ccunio@hunton.com

November 17, 2020

**Via Electronic Mail @ jwang@ccplaw.com**

Joyce C. Wang
Carlson, Calladine & Peterson LLP
353 Sacramento St., 16th Floor
San Francisco, CA 94111

Re:   Litigation:   *Treasure Island LLC v. Affiliated FM Insurance Company*,
Case No. 2:20-cv-00965-JCM-EJY

Dear Joyce:

In AFM's 10/29 letter re: TI's document production, AFM identified two categories of documents that it felt were responsive and not included in AFM's 10/16 production: (1) records of employees and guests that tested positive (pp. 1-2 of the 10/29 ltr.); and, (2) financial documents (pp. 2-3).  At the meet and confer on 11/4, we agreed to custodians and search terms per the ESI order and production of both categories of documents by 11/18.

We are hereby completing production of category 1 (see BATES: TI_001670-TI_003070 and TI_003368-TI_003384) and category 2 (see BATES: TI_003071-TI_003107).

We consider TI's obligations per the meet and confer complete at this time.

Sincerely,

*Christopher J. Cunio*

Christopher J. Cunio

cc:   Mark Connot (mconnot@foxrothschild.com)
Michael S. Levine (mlevine@HuntonAk.com)



Joyce C. Wang
November 17, 2020
Page 2

      Renee Finch (rfinch@messner.com)
      Kevin V. Small (ksmall@HuntonAK.com)