**INDEX OF EXHIBITS**

| DESCRIPTION | EXHIBIT |
|---|---|
| Defendant's Memorandum in Support of Its Motion for Partial Summary Judgment, *Retail Brand Alliance, Inc. v. Factory Mutual Insurance Company*, U.S. District Court, Southern District of New York, Case No. 05-CV-1031 | A<br>001-022 |
| Affidavit of Brian Cook, *Retail Brand Alliance, Inc. v. Factory Mutual Insurance Company*, U.S. District Court, Southern District of New York, Case No. 05-CV-1031 | B<br>023-024 |
| Draft Deposition Transcript Excerpt of Brain Cook, dated February 19, 2021, *Treasure Island, LLC v. Affiliated FM Insurance Co.*, U.S. District Court of Nevada, Case No. 2:20-cv-00965 | C<br>025-027 |