# EXHIBIT B

**Affidavit of Brian Cook, Retail Brands Alliance, Inc. v. Factory Mut. Ins. Co., Inc., Case No. 1:05-cv-01031-RJH-HBP, (S.D.N.Y.)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
Retail Brand Alliance, Inc.,                          :

        Plaintiff,                                :        **CIV. ACTION NO.: 05-CV-1031(RJH)**

  -against-                                                 :

Factory Mutual Insurance Company,           :        **AFFIDAVIT OF BRIAN COOK**

        Defendant.

STATE OF OHIO    )
                      ) ss.:
COUNTY OF       )

Brian Cook, being duly sworn, deposes and says:

    1.    I am an Assistant Vice President and Senior General Adjuster at Factory Mutual Insurance Company ("FM Global).

    2.    I have reviewed the claim files of Policyholder #1 and #2, as they are referred to in RBA's Memorandum in Support of its Motion to Exclude the Expert Testimony of Mark Bremer and Donald Gibbs and to Strike Defendant's Fourteenth Affirmative Defense, and I have personal knowledge of how those claims were adjusted.

    3.    In my review of the claim files for Policyholders #1 and #2, it is clear that the adjusters on behalf of FM Global identified a downturn in the economy in Manhattan after September 11, 2001 and took that downturn into account when measuring the Policyholders' claims for business interruption.

    4.    The above approach is consistent with FM Global's adjustment policy, based in insurance policy language, of considering the probable real-world experience of the insured's business during the Period of Liability.

 

_____
Brian Cook

Sworn to before me this
14 day of August, 2008

_____
Notary Public
my commi ssn expires 11/16/09

024