# EXHIBIT C

***Draft*** **Deposition Transcript Excerpt, Brian Cook, dated February 19, 2021**

1

```
1        Dear Counsel,
         Attached is the rough draft from the
2   deposition of Brian Cook.  If there is any problem
    with the delivery of this file or if you have any
3   questions, please contact Magna Leal Services at
    866-624-6221 or RoughDrafts@MagnaLS.com.
4        Thank you,
         Deborah Slinn
5        Reporting on behalf of Magna Legal Services.

6                    * * * * *

7        THE VIDEOGRAPHER:  Good afternoon.  We're now

8   on the record.  This begins videotape number one in

9   the deposition of Brian Cook in the matter of

10  Treasure Island LLC versus Affiliated FM Insurance

11  Company.  Today is February 19, 2021.  The time is

12  approximately 1:04 had p.m.  The deposition is

13  being taken over Zoom.  The videographer today is

14  Liam Eastman of Magna Legal Services.  The court

15  reporter is Deborah Slinn of Magna Legal Services.

16  Will counsel and all party present state their

17  appearances and who they represent?

18       MR. LEVINE:  Michael Levine with Hunton

19  Andrews Kurth representing Plaintiff Treasure

20  Island, LLC.  And with me is Katharine Dennis also

21  of Hunton Andrews Kurth, also representing

22  Plaintiff Treasure Island.
```

23        A    Yes.

24        Q    And if you look at paragraph 3, the approach

25    that you reference in paragraph three of your affidavit,

47

1    would have been something that at the time you vetted

2    and confirmed with the company before providing the

3    affidavit; correct?

4        A    Yes.

5        Q    All the envelopes in this affidavit is

6    accurate to the best of your knowledge as you sit here

7    today?

8        A    Yes.

9        Q    And still the case today; right?

10        A    Yes.

11        Q    Did you work with counsel on the Retail Brands

12    case in preparing your affidavit.

13            MS. WANG:  Objection to the extent that may

14        call for information subject to the attorney-client

15        privilege.  If you can answer without disclosing

16        any privilege communications you can answer.

17        A    Yes.

18      Q      Do you know why the affidavit was prepared.

19             MS. WANG:  Same objection, privilege.  If you

20      can answer without disclosing any privileged

21      communications, go ahead.

22      A      The affidavit was prepared based on a dispute

23      involving the amount recoverable under the policy.

24      Q      Do you recall this affidavit being used to

25      support a motion for partial Summary Judgment?

48

1       A      No.

2       Q      In your practice have you given affidavits and

3       declarations in supported motions?

4       A      Yes.

5       Q      And in doing so was it your practice to review

6       the motion that your affidavit was associated with?

7       A      Yes.

8       Q      Do you recall doing that in the Retail Brands

9       case?

10      A      Not specifically today.  I don't recall.

11      Q      It was a long time ago.  Not trying to test

12      you from 2009.  Let's mark the next exhibit.  So