Renee M. Finch (NSBN 13118)
MESSNER REEVES LLP
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Phone: (702) 363-5100
Email: *rfinch@messner.com*

Michael S. Levine (admitted *pro hac vice*)
Harry L. Manion, III (admitted *pro hac vice*)
Christopher Cunio (admitted *pro hac vice*)
Katharine A. Dennis (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Email: *mlevine@huntonak.com*
Email: *hmanion@huntonak.com*
Email: *ccunio@huntonak.com*
Email: *kdennis@huntonak.com*

*Attorneys for Plaintiff, Treasure Island, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TREASURE ISLAND, LLC, <br><br> *Plaintiff*, <br><br> vs. <br><br> AFFILIATED FM INSURANCE CO., <br><br> *Defendant*. | Case No.: 2:20-cv-00965-JCM-EJY <br><br> **APPENDIX VOLUME 1 OF EXHIBITS IN SUPPORT OF TREASURE ISLAND, LLC'S MOTION TO AMEND COMPLAINT** |

Plaintiff Treasure Island, LLC hereby submits its Appendix Volume 1 of Exhibits in Support of Treasure Island, LLC's Motion to Amend Complaint.

| DESCRIPTION | VOL. NO. | EXHIBIT | BATES NOS. |
|---|---|---|---|
| **Treasure Island, LLC's *Proposed* First Amended Complaint with supporting Exhibits A-M** <br><br> Exhibits A-J to Treasure Island, | 1 | 1 | **0001-0249** |

1

| | |
|---|---|
| LLC's original Compliant, filed May 28, 2020, DE 1 **[0027-0143]** | |
| Exhibit K – Expert Reports of Angela L. Rasmussen, Ph.D. **[0144-0186]** | |
| Exhibit L – Expert Reports of Joseph Lewnard, Ph.D. **[0187-0224]** | |
| Exhibit M – Expert Report of Alex LeBeau, Ph.D. **[0225-0249]** | |

Date:  March 8, 2021

/s/ Renee M. Finch
Renee M. Finch
Nevada State Bar 13118
MESSNER REEVES LLP
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
Phone:  (702) 363-5100
Email:  *rfinch@messner.com*

**Attorneys for Plaintiff, Treasure Island, LLC**

Respectfully submitted,

Michael S. Levine*
*mlevine@huntonak.com*
Harry L. Manion III*
*hmanion@huntonak*.com
Christopher J. Cunio*
*ccunio@huntonak.com*
Katharine A. Dennis*
*kdennis@huntonak.com*
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave. NW
Washington, DC 20037
Phone:  (202) 955-1500

*Admitted *pro hac vice*

2

**CERTIFICATE OF SERVICE**

The undersigned counsel herby certifies that on March 8, 2021, a true and correct copy of Treasure Island, LLC's Appendix Volume 1 of Exhibits in Support of Treasure Island, LLC's Motion to Amend Complaint was electronically filed with the Clerk of the Court via the Court's CM/EMF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

This 8th day of March, 2021.

/s/ Renee M. Finch
Renee M. Finch
MESSNER REEVES LLP
Phone: (702) 363-5100
Email: *rfinch@messner.com*