Renee M. Finch (NSBN 13118)
MESSNER REEVES LLP
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Phone: (702) 363-5100
Email: *rfinch@messner.com*

Michael S. Levine (admitted *pro hac vice*)
Harry L. Manion, III (admitted *pro hac vice*)
Christopher Cunio (admitted *pro hac vice*)
Katharine A. Dennis (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Email: *mlevine@huntonak.com*
Email: *hmanion@huntonak.com*
Email: *ccunio@huntonak.com*
Email: *kdennis@huntonak.com*

*Attorneys for Plaintiff, Treasure Island, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| TREASURE ISLAND, LLC, | Case No.: 2:20-cv-00965-JCM-EJY |
|---|---|
| *Plaintiff*, | |
| vs. | **APPENDIX VOLUME 2 OF EXHIBITS IN SUPPORT OF TREASURE ISLAND, LLC'S MOTION TO AMEND COMPLAINT** |
| AFFILIATED FM INSURANCE CO., | |
| *Defendant*. | |

Plaintiff Treasure Island, LLC hereby submits its Appendix Volume 2 of Exhibits in Support of Treasure Island, LLC's Motion to Amend Complaint.

| DESCRIPTION | VOL. NO. | EXHIBIT | BATES NOS. |
|---|---|---|---|
| **Red-line comparison of Treasure Island, LLC's original Complaint [DE 1] and Treasure Island, LLC's proposed First Amended Complaint** | 2 | 2 | **0250-277** |

1

Date: March 8, 2021

/s/ Renee M. Finch
Renee M. Finch
Nevada State Bar 13118
MESSNER REEVES LLP
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
Phone: (702) 363-5100
Email: *rfinch@messner.com*

**Attorneys for Plaintiff, Treasure Island, LLC**

Respectfully submitted,

Michael S. Levine*
*mlevine@huntonak.com*
Harry L. Manion III*
*hmanion@huntonak*.com
Christopher J. Cunio*
*ccunio@huntonak.com*
Katharine A. Dennis*
*kdennis@huntonak.com*
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave. NW
Washington, DC 20037
Phone: (202) 955-1500

*Admitted *pro hac vice*

2

**CERTIFICATE OF SERVICE**

The undersigned counsel herby certifies that on March 8, 2021, a true and correct copy of Treasure Island, LLC's Appendix Volume 2 of Exhibits in Support of Treasure Island, LLC's Motion to Amend Complaint was electronically filed with the Clerk of the Court via the Court's CM/EMF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

This 8th day of March, 2021.

/s/ Renee M. Finch
Renee M. Finch
MESSNER REEVES LLP
Phone: (702) 363-5100
Email: *rfinch@messner.com*