## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | BATES NO. |
|---|---|---|
| **1** | Declaration of Michael S. Levine In Support Of Treasure Island, LLC's Third Motion to Compel with supporting Exhibits A-F | 001-061 |
| | Exhibits A, February 19, 2021 Correspondence | 006-010 |
| | Exhibit B, Affiliated FM Insurance Company's Amended Responses to Treasure Island's First Set of Requests for Production of Documents | 011-040 |
| | Exhibit C, February 24, 2021 Correspondence<br>**FILED UNDER SEAL** | 041-045 |
| | Exhibit D, March 7, 2021 Correspondence | 046-047 |
| | Exhibit E, March 12, 2021 Correspondence<br>**FILED UNDER SEAL** | 048-057 |
| | Exhibit F, March 15, 2021 Correspondence<br>**FILED UNDER SEAL** | 058-061 |
| **2** | Confidential Deposition Transcript Excerpts, David Carroll, Deposition dated February 1, 2021<br>**FILED UNDER SEAL** | 062-085 |
| **3** | Confidential Deposition Transcript Excerpts, Brian Cook, 30(b)(6) Deposition dated February 6, 2021<br>**FILED UNDER SEAL** | 086-100 |
| **4** | Confidential Deposition Transcript Excerpts, Brian Cook, Individual, Day 1, Deposition dated February 12, 2021<br>**FILED UNDER SEAL** | 101-130 |
| **5** | Confidential Deposition Transcript Excerpts, Dr. Mark A. Roberts, Deposition dated February 22, 2021<br>**FILED UNDER SEAL** | 131-138 |