UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TREASURE ISLAND, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AFFILIATED FM INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-00965-JCM-EJY<br><br>**ORDER** |

Before the Court is Plaintiff Treasure Island, LLC's Motion to File Under Seal (ECF No. 111). Plaintiff's Motion is denied. Plaintiff failed to file the unredacted version of its Motion for Leave to File Supplemental Memorandum in Support of Third Motion to Compel (ECF No. 112) together with its Motion to Seal thereby preventing the Court from considering the contents Plaintiff wishes to seal.

Accordingly, IT IS HEREBY ORDERED that Plaintiff Treasure Island, LLC's Motion to File Under Seal (ECF No. 111) is DENIED without prejudice.

IT IS FURTHER ORDERED that Plaintiff shall refile its Motion for Leave to File Supplemental Memorandum in Support of Third Motion to Compel (ECF No. 112) concomitantly with an unredacted version of the same Motion under seal. *See* LR IA 10-5(a).

DATED this 17th day of May, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1