UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TREASURE ISLAND, LLC,

    Plaintiff,

v.

AFFILIATED FM INSURANCE COMPANY,

    Defendant.

Case No. 2:20-cv-00965-JCM-EJY

**ORDER**

    Before the Court is Plaintiff's Motion to File Under Seal (ECF No. 145), which seeks to seal its unredacted Motion for Hearing (ECF No. 144) and all exhibits thereto under seal. No response to this Motion was filed.

    As the party seeking to seal a judicial record, Plaintiff must meet their burden of overcoming the strong presumption in favor of access and public policies favoring disclosure. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (holding that those who seek to maintain the secrecy of documents attached to dispositive motions must meet the high threshold of showing that "compelling reasons" support secrecy). The mere fact that the production of records may lead to a party's embarrassment, incrimination, or exposure to further litigation will not alone compel the court to seal its records. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003).

    Here, a review of the unredacted version of the Motion for Hearing refers to confidential and proprietary information that is properly sealed. However, a review of the exhibits shows that they are not all properly sealed.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to File Under Seal (ECF No. 145) is GRANTED in part and DENIED in part.

    IT IS FURTHER ORDERED that ECF No. 144, the unredacted version of the Motion for Hearing shall remain sealed.

IT IS FURTHER ORDERED that Exhibits 144-1, 144-2, 144-4, 144-6, 144-8, and 144-10 shall be unsealed.

IT IS FURTHER ORDERED that Exhibits 144-5, 144-9, and 144-11 shall remain sealed.

IT IS FURTHER ORDERED that Exhibits 144-3 and 144-7 shall remain temporarily sealed.

IT IS FURTHER ORDERED that Plaintiff shall, within seven (7) court days of the date of this Order, file further support for maintaining the entirety of the emails in Exhibit 144-3, and the privilege log that is Exhibit 144-7, under seal.

DATED this 25th day of May, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE