UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TREASURE ISLAND, LLC,

Plaintiff,

v.

AFFILIATED FM INSURANCE COMPANY,

Defendant.

Case No. 2:20-cv-00965-JCM-EJY

**ORDER**

Before the Court is Treasure Island, LLC's Report to Court Pursuant to ECF No. 152 (ECF No. 165). In this Report, Treasure Island states that the Exhibit found at ECF No. 144-7 may be unsealed. ECF No. 165 at 2. With respect to the Exhibit found at ECF No. 144-3, Treasure Island states that a portion of the Exhibit may be filed in the public record. *Id*.

Accordingly, IT IS HEREBY ORDERED that:

1. The document identified as ECF No. 144-7 shall be unsealed and made part of the public record;

2. The document identified as ECF No. 144-3 shall remain sealed; and,

3. Treasure Island shall file a redacted version of ECF No. 144-3, which protects confidential information from public disclosure, in the public record.

DATED this 3rd day of June, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE