```
                                    UNITED STATES DISTRICT COURT
                                         DISTRICT OF NEVADA


TREASURE ISLAND, LLC,                   )
            Plaintiff,                  )   Case No. 2:20-cv-00965-JCM-EJY
                                        )
     vs.                                )
                                        )   ORDER TEMPORARILY
AFFILIATED FM INSURANCE                 )   UNSEALING NOTES
COMPANY,                                )
            Defendant.                  )
```

On June 25, 2021, Samantha N. McNett, Transcriber, received a Transcript Order form requesting a transcript of the Motion Hearing held on June 23 2021 from Michael Madden of Messner Reeves LLP in which a portion of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Joyce C. Wang.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this __28__ day of June, 2021.

_____
Elayna Youchah, U.S. Magistrate Judge