Renee M. Finch (NSBN 13118)
MESSNER REEVES LLP
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Phone: (702) 363-5100
Email: *rfinch@messner.com*

Michael S. Levine (admitted *pro hac vice*)
Harry L. Manion, III (admitted *pro hac vice*)
Christopher Cunio (admitted *pro hac vice*)
Katharine A. Dennis (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Email:    *mlevine@huntonak.com*
Email:    *hmanion@huntonak.com*
Email:    *ccunio@huntonak.com*
Email:    *kdennis@huntonak.com*

*Attorneys for Plaintiff, Treasure Island, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TREASURE ISLAND, LLC, | Case No.: 2:20-cv-00965-JCM-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR FILING SUPPLEMENTAL BRIEFING REGARDING TREASURE ISLAND, LLC'S THIRD MOTION TO COMPEL (FIRST REQUEST)** |
| AFFILIATED FM INSURANCE CO., | |
| Defendant. | |

Plaintiff, Treasure Island, LLC (hereafter, "Plaintiff"), by and through its attorneys of record, and Defendant, Affiliated FM Insurance Company (hereafter, "Defendant"), by and through its attorneys of record, hereby stipulate and agree to the following:

///

1

1. During the June 23, 2021 hearing (ECF No. 174), this Court granted the Parties leave to submit supplemental briefing with respect to Plaintiff's Third Motion to Compel (ECF Nos. 89 and 139) – specifically, with respect to Requests 34, 35, 36, 37, 38, 39, 17, 20, and 21, as they pertain to Defendant's pre-litigation retention of Dr. Mark Roberts – and set a deadline for Friday, July 9, 2021 for the Parties to file the supplemental briefing.

2. Since then, counsel for the Parties have met and conferred in an effort to resolve or narrow the scope of the subject discovery dispute but have been unable to reach an agreement. As a result, the Parties require additional time to submit their respective supplemental briefings regarding the same.

3. The Parties hereby stipulate to move the deadline for filing the subject supplemental briefing from Friday, July 9, 2021 to **Wednesday, July 14, 2021**.

4. This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

///
///
///
///
///
///
///
///
///
///

Respectfully submitted,

DATED this 9th day of July, 2021

By: _/s/ Renee M. Finch_
    Renee M. Finch
    Nevada State Bar 13118
    MESSNER REEVES LLP
    8945 W. Russell Road, Suite 300
    Las Vegas, NV 89148
    Phone: (702) 363-5100
    Email: _rfinch@messner.com_

    ***Attorneys for Plaintiff, Treasure Island, LLC***

    Michael S. Levine*
    _mlevine@huntonak.com_
    Harry L. Manion III*
    _hmanion@huntonak.com_
    Christopher J. Cunio*
    _ccunio@huntonak.com_
    Katherine A. Dennis*
    _kdennis@hutonak.com_
    HUNTON ANDREWS KURTH LLP
    2200 Pennsylvania Ave. NW
    Washington, DC 20037
    Phone: (202) 955-1500

    *Admitted *pro hac vice*

DATED this 9th day of July, 2021

By: _/s/ Joyce C. Wang_
    Mark J. Connot, Esq.
    Nevada Bar No. 10010
    1980 Festival Plaza Dr., Suite 700
    Las Vegas, NV 89135
    T: 702-699-5924
    Email: mconnot@foxrothschild.com

    ***Attorneys for Defendant, Affiliated FM Insurance Company,***

    Joyce C. Wang*
    jwang@ccplaw.com
    Colin C. Munro*
    cmunro@ccplaw.com

    *Admitted *pro hac vice*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 9, 2021

3