1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TREASURE ISLAND, LLC, | ) |
|                 Plaintiff, | ) **Case No. 2:20-cv-00965-JCM-EJY** |
| | ) |
|     vs. | ) |
| | )     **ORDER TEMPORARILY** |
| AFFILIATED FM INSURANCE | )     <u>**UNSEALING NOTES**</u> |
| COMPANY, | ) |
|                Defendant. | ) |

On September 17, 2021, Samantha N. McNett, Transcriber, received a Transcript Order form requesting a transcript of the Motion Hearing held on September 1, 2021 from Michael Madden of Messner Reeves in which a portion of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Michael Madden.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this _20th_ day of _September_ 2021.

_Elayna Youchah_
Elayna Youchah, U.S. Magistrate Judge