UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TREASURE ISLAND, LLC, | Case No. 2:20-cv-00965-JCM-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| AFFILIATED FM INSURANCE COMPANY, | |
| Defendant. | |

Pending before the Court are competing Motions for Leave to File Supplemental Authorities (ECF No. 200 filed by Defendant, and ECF No. 201 filed by Plaintiff).  Each party opposes the other party's Motion and, in sum, create competing sur-replies.  ECF Nos. 202 and 204.  While the Court is confident that the district judge who will consider and decide the pending dispositive motions is more than capable of finding and considering the authorities cited in the competing Motions to Supplement Authorities, the Court grants the competing Motions because the identification of such authorities may prove useful to the Court.

LR 7-2(g) requires parties to acquire leave of court before filing supplemental authorities.  "A court may grant such a request for good cause."  *Ra Se Land Co. LLC v. First Am. Title Ins. Co.*, Case No. 2:14-cv-01621-MMD-NJK, 2016 WL 4591740, at \*2 (D. Nev. Sept. 2, 2016).  Good cause may exist either when the proffered supplemental authority controls the outcome of the litigation, or when the proffered supplemental authority is precedential, or particularly persuasive or helpful.  *See Hunt v. Washoe Cty. Sch. Dist.*, Case No. 3:18-cv-00501-LRH-WGC, 2019 WL 4262510, at \*3 (D. Nev. Sept. 9, 2019).  Here, the parties have complied with LR 7-2(g) by filing motions for leave to file supplemental authorities instead of simply filing a notice of supplemental authorities or similar document.  The authorities cited may be helpful to the Court when deciding the pending motions.

Accordingly, IT IS HEREBY ORDERED that Defendant Affiliated FM Insurance Company's Fourth Motion for Leave to File Supplemental Authorities (ECF No. 200) is GRANTED.

1  IT IS FURTHER ORDERED that Plaintiff Treasure Island, LLC's Motion for Leave to File

2  Supplement Authority (ECF No. 201) is GRANTED.

3  DATED this 4th day of November, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE