Renee M. Finch, Esq.
Nevada Bar No.: 13118
**SUMMIT TRIAL ATTORNEYS**
8488 Rozita Lee Ave
Bldg 3, Suite 100
Las Vegas, NV 89113
Phone: (702) 789-4200
Facsimile: (866) 403-0870
Email: *renee@stattorneys.com*

*and*

Michael S. Levine, Esq.
(admitted *pro hac vice*)
Harry L. Manion, III, Esq.
(admitted *pro hac vice*)
Christopher Cunio, Esq.
(admitted *pro hac vice*)
Nicholas D. Stellakis, Esq.
(admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
Email: *mlevine@huntonak.com*
Email: *hmanion@huntonak.com*
Email: *ccunio@huntonak.com*
Email: *nstellakis@huntonak.com*
2200 Pennsylvania Avenue, NW
Washington, Dc 20037-1701
Phone: (202) 955-1500
Fax (202) 778-2201

*Attorneys for Plaintiff*
*Treasure Island, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TREASURE ISLAND, LLC, | CASE NO.  2:20-cv-00965-~~JCM~~-EJY    CDS |
| *Plaintiff* | **STIPULATION FOR DIMISSAL WITH PREJUDICE** |
| v. | |
| AFFILIATED FM INSURANCE COMPANY, | |
| *Defendant* | |

IT IS HEREBY STIPULATED by and between Plaintiff, TREASURE ISLAND, LLC, by and through its counsel of record, RENEE M. FINCH, ESQ. of SUMMIT TRIAL ATTORNEYS, and Co-Counsel, MICHAEL S. LEVINE of HUNTON ANDREWS KURTH LLP, and Defendant AFFILIATED FM INSURANCE COMPANY, by and through its counsel of record MARK CONNOT,

ESQ. of CONNOT LAW OFFICE PLLC and Co-Counsel, SCOTT G. JOHNSON, ESQ. of ROBINS KAPLAN LLP, that all claims arising out of Case No. 2:20-cv-00965-CDS-EJY shall be dismissed with prejudice with each party to bear their own attorney's fees and costs.

DATED THIS 14th day of May 2026

**SUMMIT TRIAL ATTORNEYS**

/s/ Renee M. Finch, Esq.
Renee M. Finch, Esq.
Nevada Bar No.: 13118
8488 Rozita Lee Ave
Bldg 3, Suite 100

and

Michael S. Levine, Esq.
(admitted *pro hac vice*)
Harry L. Manion, III, Esq.
(admitted *pro hac vice*)
Christopher Cunio, Esq.
(admitted *pro hac vice*)
Nicholas D. Stellakis, Esq.
(admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, NW
Washington, Dc 20037-1701

*Attorneys for Plaintiff*
*Treasure Island, LLC*

DATED THIS 14th day of May 2026

**ROBINS KAPLAN LLP**

/s/ Scott G. Johnson, Esq.
Scott G. Johnson, Esq.
(*pro hac vice*)
Erica A. Ramsey,Esq.
(*pro hac vice*)
Email: sjohnson@robinskaplan.com
Email: eramsey@robinskaplan.com

Mark Connot
**CONNOT LAW OFFICE PLLC**
8965 S Eastern Ave, Suite 382
Las Vegas, NV 89123

*Attorneys for Defendant*
*Affiliated FM Insurance Company*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees.

_____
UNITED STATES DISTRICT JUDGE
DATED:    May 14, 2026